Submitted June 13, 1977. Richard N. Beltzner, Assistant Public Defender, for appellant; Charles M. Guthrie, Jr., Assistant District Attorney, and J. Michael Morrissey, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence affirmed.

HOFFMAN, J., dissents based on *Commonwealth v. Riggins*, 474 Pa. 115, 377 A.2d 140 (1977).

379 A.2d 593

Commonwealth v. Johnson, Appellant.

Submitted November 8, 1976. Ralph J. Cappy, Public Defender, for appellant; Robert E. Colville, District Attorney, for Commonwealth, appellee.

Order affirmed.

379 A.2d 593

Commonwealth v. Johnson, Appellant.

Submitted March 24, 1977. Taylor P. Andrews, Public Defender, for appellant; Edgar B. Bayley, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.